**J.D. BUTLER, an individual, Plaintiff–Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense, Department of Defense, Defendant–Appellee.**

No. 05–55223.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 6, 2007.

Filed March 14, 2007.

Leodis C. Matthews, Esq., Matthews & Partners, Los Angeles, CA, for Plaintiff–Appellant.

Thomas K. Buck, Esq., USLA—Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, for Defendant–Appellee.

Before: RYMER, WARDLAW, and SMITH, Circuit Judges.

MEMORANDUM *

We affirm for the reasons stated by the district court.

AFFIRMED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

